United States District Court
Southern District of Texas

**ENTERED**

May 27, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| FON ACHU, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-983 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Fon Achu, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention.  (Docket Entry No. 1).  The court ordered the respondents to file an answer, and the respondents answered with a motion to dismiss and in the alternative for summary judgment.  (Docket Entry No. 6).  The motion asserts that Achu is subject to a final order of removal and that ICE anticipates removing him in the near future.  The petitioner did not file a response.  Review of ICE's *Online Detainee Locator System* appears to indicate that Achu has in fact been removed from the United States.[1]

**No later than May 29, 2026, the petitioner's counsel** must provide the court with a status update stating whether the petitioner is still in custody or whether his habeas petition is moot because he has been removed from the United States.

SIGNED on May 27, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

---

[1] The location of a detainee in ICE custody may be found  by searching for the detainee by his A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited May 25, 2026).