United States District Court
Southern District of Texas
**ENTERED**
June 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| FON ACHU, § | |
| § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. H-26-983 |
| vs. § | |
| § | |
| WARDEN, Joe Corley Processing § | |
| Center, *et al.*, § | |
| § | |
| Respondents. § | |

**MEMORANDUM ON DISMISSAL**

The petitioner, Fon Achu, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). On May 28, 2026, the petitioner's counsel filed a Status Report stating that the petitioner has been removed from the United States and that the habeas petition is now moot. (Docket Entry No. 9). Because the habeas petition is now moot, this case is **dismissed without prejudice**. Any pending motions are **denied as moot**.

SIGNED on June 10, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge